IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHN MARTIN                                               PLAINTIFF
VS.                     CIVIL NO.: 04-5009

GLAXOSMITHKLINE, PLC, SMITHKLINE
BEECHAM CORPORATION, SMITHKLINE
BEECHAM CONSUMER HEALTHCARE, L.P.
And WAL-MART STORE, INC.                    DEFENDANTS

### ORDER OF DISMISSAL WITH PREJUDICE

On Motion of Plaintiff John Martin that his Complaint be dismissed with prejudice, the Court hereby finds that the Plaintiff's Complaint should be, and it is hereby dismissed with prejudice.

IT IS SO ORDERED.

_____
United States District Judge

Date: 9-27-06

**Approved and Stipulated By:**

_____
John Ghezzi, Attorney for Plaintiff

_____
Phil Malcom, Attorney for Defendants

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

SEP 27 2006

CHRIS R. JOHNSON, CLERK

BY
       DEPUTY CLERK

4811-0561-9201.1